## HARVEY v. HARVEY.

Circuit Court of the United States.   Dover.   October, 1793.

*Read's Notebook, 14.**

---

* This case is also reported in *Bayard's Notebook, 45; Wilson's Red Book, 12.*

*Levy* for plaintiff. *Bayard* for defendant.

The Court composed of PATTERSON, Justice of the Supreme Court of the United States and BEDFORD, District Judge, declared the opinion that if an award be not made within the time limited by a rule of reference, the rule is determined if not continued by consent of parties, and were clear that during the continuance of the rule plaintiff cannot discontinue; if he does, it is irregular and will be struck off.

Rule absolute.